# Third District Court of Appeal

## State of Florida

Opinion filed August 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-396
Lower Tribunal No. F24-2192
_____

**John F. Bynes, Sr.,**
Appellant,

vs.

**The State of Florida, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Laura Mariá González-Marqués, Judge.

John F. Bynes, Sr., in proper person.

Alex A. Christiano, Senior Attorney (Tallahassee), for appellee Florida Commission on Offender Review.

Before SCALES, LINDSEY and GOODEN, JJ.

PER CURIAM.

Affirmed.